UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREAT NORTHERN INSURANCE COMPANY,<br><br>    Plaintiff,<br>v.<br><br>JOEL HIRSCH and CAROL HIRSCH,<br><br>    Defendants. | Civil Action No. _____ |

### RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Great Northern Insurance Company, by and through the undersigned counsel, states that it is a wholly-owned subsidiary of the following publicly held corporation:

THE CHUBB CORPORATION.

359226 v 1                                              1

Dated: New York, New York
      October 5, 2007

KORNSTEIN VEISZ WEXLER & POLLARD, LLP

By: /s/ William B. Pollard, III
William B. Pollard, III (D.C. Bar No. 947275)
(application for membership to the bar of this Court to be submitted)
David T. McTaggart
(*pro hac vice* application to be submitted)
757 Third Avenue
New York, New York 10017
Telephone: 212-418-8600
E-mail: wpollard@kvwmail.com
       dmctaggart@kvwmail.com

– and –

Dated: Washington, D.C.
      October 5, 2007

ROSS, DIXON & BELL, LLP

By: /s/ Elizabeth Sarah Gere
Elizabeth Sarah Gere, Esq. (DC Bar No. 186585)
Karen Ventrell, Esq. (DC Bar No. 466150)
(application for membership to the bar of this Court pending)
2001 K Street, N.W.
Washington, D.C. 20006-1040
Telephone: (202) 662-2000
E-mail: sgere@rdblaw.com
       kventrell@rdblaw.com

*Attorneys for Plaintiff*
*Great Northern Insurance Company*