UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GREAT NORTHERN INSURANCE COMPANY**, <br><br> Plaintiff, <br><br> v. <br><br> **JOEL HIRSCH AND CAROL HIRSCH,** <br><br> Defendants. | Civil Action No. 1:07-CV-01804 (EGS) |

### MOTION FOR ADMISSION PRO HAC VICE OF DAVID T. McTAGGART

I, Elizabeth Sarah Gere, am a member in good standing of the bar of this Court. My bar number is 186585. I am moving the admission of David T. McTaggart to appear *pro hac vice* in this case as counsel for Great Northern Insurance Company.

I certify that:

1.  The proposed admittee is not a member of the District of Columbia bar and does not maintain any law office in District of Columbia.

2.  The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State | Date of Admission |
|---|---|
| New York | January 22, 2003 |
| Southern District of New York | May 24, 2005 |
| Eastern District of New York | May 24, 2005 |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

5. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understand he will be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

7. The undersigned movant is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| /s/ Elizabeth Sarah Gere | /s/ David T. McTaggart |
| Elizabeth Sarah Gere, Esq. (DC Bar No. 186585) | David T. McTaggart, Esq. |
| **ROSS, DIXON & BELL, LLP** | **KORNSTEIN VEISZ WEXLER &** |
| 2001 K Street, N.W. | **POLLARD, LLP** |
| Washington, DC 20006-1040 | 757 Third Avenue |
| Telephone: (202) 662-200 | New York, New York 10017 |
| | Telephone: (212) 418-8600 |

*****************************************************************

## ORDER

☐ GRANTED          ☐ DENIED

_____        _____
Date                                                             Clerk, United States District Court