IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GREAT NORTHERN INSURANCE CO., )
     Plaintiff, )
     )
  v. )  Case No. 1:07-cv-01804-EGS
     )
JOEL HIRSCH and CAROL HIRSCH, )
     Defendants. )
     )

## JOINT STIPULATION OF THE PARTIES REGARDING EXTENSION OF TIME TO ANSWER OR OTHERWISE MOVE IN RESPONSE TO PLAINTIFF'S COMPLAINT

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that the time for Defendants Joel and Carol Hirsch to answer or otherwise move in response to Plaintiff Great Northern Insurance Company's Complaint shall be extended up to and including November 28, 2007.

_____ 10/25/07
Elizabeth Sarah Gere  DATE
D.C. Bar No. 186585
Karen Ventrell
D.C. Bar No. 466150
ROSS, DIXON & BELL, LLP
2001 K Street, NW
Washington, DC 20006
(202) 662-2000

William B. Pollard, III
D.C. Bar No. 947275
David T. McTaggart (*pro hac vice*)
KORNSTEIN VEISZ WEXLER & POLLARD, LLP
757 Third Avenue
New York, NY 10017
(212) 418-9600

*Attorneys for Plaintiff, Great Northern Insurance Co.*

_____ 10/25/07
Lorelie S. Masters  DATE
D.C. Bar No. 358686
Jessica Ring Amunson
D.C. Bar No. 497223
JENNER & BLOCK, LLP
601 13th Street, NW, Suite 1200
Washington, DC 20005
(202) 639-6000

*Attorneys for Defendants,
Joel and Carol Hirsch*

## **CERTIFICATE OF SERVICE**

     I hereby certify that, on this the 25th day of October, 2007, I caused the foregoing to be filed using the Court's Electronic Case Filing (ECF) system, which will automatically send notice of such filing to counsel of record in this case.  I further certify that I caused a copy of the foregoing to be served via first class-mail, postage prepaid, upon the following attorneys who would not otherwise receive ECF notification:

William B. Pollard, III
KORNSTEIN VEISZ WEXLER & POLLARD, LLP
757 Third Avenue
New York, NY 10017

Karen Ventrell
ROSS, DIXON & BELL, LLP
2001 K Street, NW
Washington, DC  20006

                                                                               /s/ Jessica Ring Amunson
                                                                   Jessica Ring Amunson
                                                                   D.C. Bar No. 497223
                                                                   JENNER & BLOCK, LLP
                                                                   601 13th Street, NW, Suite 1200 South
                                                                   Washington, DC  20005
                                                                   (202) 639-6000
                                                                   jamunson@jenner.com

                                                                   ***Attorney for Defendants,***
                                                                   ***Joel and Carol Hirsch***

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREAT NORTHERN INSURANCE CO., <br> Plaintiff, <br><br> v. <br><br> JOEL HIRSCH and CAROL HIRSCH, <br> Defendants. | Case No. 1:07-cv-01804-EGS |

### [PROPOSED] ORDER

The Joint Stipulation of the Parties Regarding Extension of Time to Answer or Otherwise Move in Response to Plaintiff's Complaint having come before the Court and the Court having considered same,

IT IS HEREBY ORDERED that the extension of time is GRANTED. Defendants Joel and Carol Hirsch shall answer or otherwise move in response to Plaintiff Great Northern Insurance Company's Complaint on or before November 28, 2007.

Entered this _____ day of _____, 2007.

_____
The Honorable Emmet G. Sullivan