A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Great Northern Insurance Co.

|  |  |  |
|---|---|---|
| Plaintiff(s) | ) | **APPEARANCE** |
|  | ) |  |
| vs. | ) | CASE NUMBER   1:07cv01804-EGS |
| Joel Hirsch and Carol Hirsch | ) |  |
| Defendant(s) | ) |  |

To the Clerk of this court and all parties of record:

Please enter the appearance of ___Jessica Ring Amunson___ as counsel in this

(Attorney's Name)

case for: ___Defendants Joel Hirsch and Carol Hirsch___

(Name of party or parties)

___October 26, 2007___

Date

___D.C. Bar No. 497223___

BAR IDENTIFICATION

Signature

Jessica Ring Amunson

Print Name

Jenner & Block LLP, 601 13th Street, NW, Suite 1200 South

Address

Washington   DC   20005

City          State          Zip Code

(202) 639-6000

Phone Number

## CERTIFICATE OF SERVICE

I hereby certify that, on this 26th day of October, 2007, I caused the foregoing to be filed using the Court's Electronic Case Filing (ECF) system, which will automatically send notice of such filing to counsel of record in this case. I further certify that I caused a copy of the foregoing to be served via first class-mail, postage prepaid, upon the following attorneys who would not otherwise receive ECF notification:

William B. Pollard, III
KORNSTEIN VEISZ WEXLER & POLLARD, LLP
757 Third Avenue
New York, NY 10017

Karen Ventrell
ROSS, DIXON & BELL, LLP
2001 K Street, NW
Washington, DC  20006

_____/s/ Jessica Ring Amunson_____
Jessica Ring Amunson
D.C. Bar No. 497223
JENNER & BLOCK, LLP
601 13th Street, NW, Suite 1200 South
Washington, DC  20005
(202) 639-6000
jamunson@jenner.com

***Attorney for Defendants,
Joel and Carol Hirsch***