A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Great Northern Insurance Co.

              Plaintiff(s)

              vs.

Joel Hirsch and Carol Hirsch

              Defendant(s)

)
)
)
)
)
)
)
)

**APPEARANCE**

CASE NUMBER    1:07cv01804-EGS

To the Clerk of this court and all parties of record:

Please enter the appearance of  Lorelie S. Masters  as counsel in this
                        (Attorney's Name)

case for:  Defendants Joel Hirsch and Carol Hirsch
                 (Name of party or parties)

October 26, 2007
Date

D.C. Bar No. 358656
BAR IDENTIFICATION

Signature

Lorelie S. Masters
Print Name

Jenner & Block LLP, 601 13th Street, NW, Suite 1200 South
Address

Washington   DC   20005
City       State       Zip Code

(202) 639-6000
Phone Number

## CERTIFICATE OF SERVICE

I hereby certify that, on this 26th day of October, 2007, I caused the foregoing to be filed using the Court's Electronic Case Filing (ECF) system, which will automatically send notice of such filing to counsel of record in this case.  I further certify that I caused a copy of the foregoing to be served via first class-mail, postage prepaid, upon the following attorneys who would not otherwise receive ECF notification:

William B. Pollard, III
KORNSTEIN VEISZ WEXLER & POLLARD, LLP
757 Third Avenue
New York, NY 10017

Karen Ventrell
ROSS, DIXON & BELL, LLP
2001 K Street, NW
Washington, DC  20006

                      ___/s/ Jessica Ring Amunson_____
                      Jessica Ring Amunson
                      D.C. Bar No. 497223
                      JENNER & BLOCK, LLP
                      601 13th Street, NW, Suite 1200 South
                      Washington, DC  20005
                      (202) 639-6000
                      jamunson@jenner.com

                      ***Attorney for Defendants,***
                       ***Joel and Carol Hirsch***