**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

GREAT NORTHERN INSURANCE CO.,  )
                    Plaintiff,  )
                        )
          v.                  )     Case No. 1:07-cv-01804-EGS
                        )
JOEL HIRSCH and CAROL HIRSCH,  )
                 Defendants.  )
                        )

_____)

**JOINT MOTION OF THE PARTIES REGARDING EXTENSION OF TIME TO**
**ANSWER OR OTHERWISE MOVE IN RESPONSE TO PLAINTIFF'S COMPLAINT**

On October 25, 2007, the undersigned filed a Joint Stipulation Regarding Extension of Time to Answer or Otherwise Move in Response to Plaintiff's Complaint. That same day, this Court issued a Minute Order striking the stipulation and directing the parties to file a consent motion and proposed order for any requested relief. Plaintiff's counsel received immediate notification of this Minute Order via the Court's Electronic Filing System (ECF) on October 25, 2007, but Defendants' counsel did not receive ECF notification, or any other notification of the Order. On October 31, 2007, Plaintiff's counsel called Defendants' counsel to notify counsel of the Minute Order and forwarded counsel a copy of same. Thus, Defendants' counsel was not aware of the Court's Order striking the stipulation until today.

Pursuant to the Court's Order of October 25, 2007, Plaintiff and Defendants hereby jointly move this Court to extend the time for Defendants to answer or otherwise move in response to Plaintiff's Complaint until November 28, 2007. This is Defendants' first request for an extension of time and Plaintiff has consented to same.

Respectfully submitted:


\_\_/s/ Elizabeth Sarah Gere\_\_\_ 10/31/07\_\_\_\_\_          \_\_\_\_/s/ Lorelie S. Masters   10/31/07
                        DATE                                                    DATE

Elizabeth Sarah Gere                            Lorelie S. Masters
D.C. Bar No. 186585                             D.C. Bar No. 358686
Karen Ventrell                                  Jessica Ring Amunson
D.C. Bar No. 466150                             D.C. Bar No. 497223
ROSS, DIXON & BELL, LLP                         JENNER & BLOCK, LLP
2001 K Street, NW                               601 13th Street, NW, Suite 1200
Washington, DC  20006                           Washington, DC  20005
(202) 662-2000                                  (202) 639-6000

William B. Pollard, III                         *Attorneys for Defendants,*
D.C. Bar No. 947275                             *Joel and Carol Hirsch*
David T. McTaggart (*pro hac vice*)
KORNSTEIN VEISZ WEXLER & POLLARD, LLP
757 Third Avenue
New York, NY 10017
(212) 418-9600

*Attorneys for Plaintiff, Great Northern Insurance Co.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on this the 31st day of October, 2007, I caused the foregoing to be filed using the Court's Electronic Case Filing (ECF) system, which will automatically send notice of such filing to counsel of record in this case. I further certify that I caused a copy of the foregoing to be served via first class-mail, postage prepaid, upon the following attorneys who would not otherwise receive ECF notification:

William B. Pollard, III
KORNSTEIN VEISZ WEXLER & POLLARD, LLP
757 Third Avenue
New York, NY 10017

Karen Ventrell
ROSS, DIXON & BELL, LLP
2001 K Street, NW
Washington, DC  20006

                                    ___/s/ Jessica Ring Amunson_____
Jessica Ring Amunson
D.C. Bar No. 497223
JENNER & BLOCK, LLP
601 13th Street, NW, Suite 1200 South
Washington, DC  20005
(202) 639-6000
jamunson@jenner.com

***Attorney for Defendants,***
***Joel and Carol Hirsch***

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

GREAT NORTHERN INSURANCE CO.,                )
                         Plaintiff,                )
                                       )
                    v.                )  Case No. 1:07-cv-01804-EGS
                                       )
JOEL HIRSCH and CAROL HIRSCH,                )
                     Defendants.                )
                                       )
_____)

**[PROPOSED] ORDER**

       The Joint Motion of the Parties Regarding Extension of Time to Answer or Otherwise Move in Response to Plaintiff's Complaint having come before the Court and the Court having considered same,

       IT IS HEREBY ORDERED that the extension of time is GRANTED.  Defendants Joel and Carol Hirsch shall answer or otherwise move in response to Plaintiff Great Northern Insurance Company's Complaint on or before November 28, 2007.

       Entered this _____ day of _____, 2007.

_____
The Honorable Emmet G. Sullivan