AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

GREAT NORTHERN INSURANCE COMPANY,

      Plaintiff(s)

vs.

JOEL HIRSCH AND CAROL HIRSCH,

      Defendant(s)

**APPEARANCE**

CASE NUMBER  1:07-CV-01804

To the Clerk of this court and all parties of record:

Please enter the appearance of  Karen Ventrell  as counsel in this
(Attorney's Name)

case for:  Plaintiff Great Northern Insurance Company.
(Name of party or parties)

November 28, 2007
Date

D.C. Bar Number 466150
BAR IDENTIFICATION

_____
Signature

Karen Ventrell
Print Name

Ross, Dixon & Bell LLP, 2001 K Street, N.W.
Address

Washington, DC  20006
City          State          Zip Code

(202) 662-2000
Phone Number

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 26th day of October, 2007, I caused the foregoing to be filed using the Court's Electronic Case Filing (ECF) system, which will automatically send notice of such filing to counsel of record in this case. I further certify that I caused a copy of the foregoing to be served via first class-mail, postage prepaid upon the following attorneys who would not otherwise receive ECF notification:

William B. Pollard, III
Kornstein Veisz Wexler & Pollard, LLP
757 Third Avenue
New York, NY  10017

Jessica Ring Amunson
Jenner & Block, LLP
601 – 13th Street, NW
Suite 1200 South
Washington, DC  20005

/s/ Karen Ventrell
Karen Ventrell
D.C. Bar No. 466150
Ross Dixon & Bell LLP
2001 K Street, NW
Washington, DC  20006
(202) 662-2000
kventrell@rdblaw.com

*Attorney for Plaintiff, Great Northern Insurance Company*