UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA
-------------------------------------------------------------X
GREAT NORTHERN INSURANCE COMPANY, :
:
:
Plaintiff, :
:
:
-against- :
:
:
JOEL HIRSCH and CAROL HIRSCH, :
:
Defendants. :
-------------------------------------------------------------X   Case No: 1:07-cv-01804-EGS

JOEL HIRSCH and CAROL HIRSCH :
:
:
Counter-Plaintiffs, :
:
-against- :
:
GREAT NORTHERN INSURANCE COMPANY, :
:
Counter-Defendant. :
-------------------------------------------------------------X

## JOINT MOTION OF THE PARTIES REGARDING EXTENSION OF TIME TO REPLY OR OTHERWISE MOVE IN RESPONSE TO COUNTERCLAIM

The parties hereby jointly move this Court to extend the time for Plaintiff/Counter-Defendant to Reply or otherwise respond to the Defendants' Counterclaim until January 18, 2008 from December 18, 2007. This is Plaintiff/Counter-Defendant's first request for an extension of time and Defendants/ Counter-Plaintiffs have consented to same.

2172088MOTDJTM.00001.wpd

Respectfully submitted,

| | |
|---|---|
| /s/Elizabeth Sarah Gere   12/14/07 | /s/Lorelie S. Masters 12/14/07 |
| DATE | DATE |

| | |
|---|---|
| Elizabeth Sarah Gere | Lorelie S. Masters |
| D.C. Bar No. 186585 | D.C. Bar No. 358686 |
| Karen Ventrell | Jessica Ring Amunson |
| D.C. Bar No. 466150 | D.C. Bar No. 497223 |
| ROSS, DIXON & BELL, LLP | JENNER & BLOCK, LLP |
| 2001 K Street, NW | 601 13th Street, NW, Suite 1200 |
| Washington, DC 20006 | Washington, DC 20005 |
| (202) 662-2000 | (202) 639-6000 |

William B. Pollard, III
D.C. Bar No. 947275
David T. McTaggart (*pro hac vice*)
KORNSTEIN VEISZ WEXLER
& POLLARD, LLP
757 Third Avenue
New York, NY 10017
(212) 418-8600

***Attorneys for Defendants/ Counter-Plaintiffs, Joel and Carol Hirsch***

***Attorneys for Plaintiff/Counter-Defendant, Great Northern Insurance Co.***

```
UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA
------------------------------------------------------------X
GREAT NORTHERN INSURANCE COMPANY,  :
                                   :
                                   :
              Plaintiff,            :
                                   :
       -against-                    :
                                   :
JOEL HIRSCH and CAROL HIRSCH,      :
                                   :
              Defendants.           :
------------------------------------------------------------X   Case No: 1:07-cv-01804-EGS

JOEL HIRSCH and CAROL HIRSCH      :
                                   :
                                   :
              Counter-Plaintiffs,   :
                                   :
       -against-                    :
                                   :
GREAT NORTHERN INSURANCE COMPANY, :
                                   :
              Counter-Defendant.    :
------------------------------------------------------------X
```

## [PROPOSED] ORDER

The Joint Motions of the Parties Regarding Extension of Time to Reply or Otherwise Move in Response to Counterclaim having come before the Court and the Court having considered same,

IT IS HEREBY ORDERED that the extension of time is GRANTED. Plaintiff/Counter-Defendant Great Northern Insurance Company shall Reply or otherwise move in response to Joel and Carol Hirsches' Counterclaim on or before January 18, 2008.

Entered this ____ day of ___, 2007.

_____
The Honorable Emmet G. Sullivan