A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

GREAT NORTHERN INSURANCE
COMPANY, )
          Plaintiff(s) )    **APPEARANCE**
)
)
         vs. )    CASE NUMBER   1:07-CV-01804
JOEL HIRSCH AND CAROL HIRSCH, )
)
       Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of   William B. Pollard, III   as counsel in this
                              (Attorney's Name)

case for:   Plaintiff Great Northern Insurance Company.
                (Name of party or parties)

January 17, 2008
Date

D.C. Bar Number 947275
BAR IDENTIFICATION

_William B. Pollard, III_ (signature)
Signature

William B. Pollard, III
Print Name

Kornstein Veisz Wexler & Pollard, LLP, 757 Third Avenue, 18th Floor
Address

New York, NY  10017
City      State      Zip Code

(212) 418-8617
Phone Number