IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREAT NORTHERN INSURANCE CO., )<br>         Plaintiff, )<br>)<br>    v. )<br>)<br>JOEL HIRSCH and CAROL HIRSCH, )<br>         Defendants. )<br>) | Case No. 1:07-cv-01804-EGS |

**JOINT MOTION OF THE PARTIES REGARDING EXTENSION OF TIME TO RESPOND AND REPLY TO MOTION TO DISMISS COUNTERCLAIM FILED BY GREAT NORTHERN INSURANCE CO.**

The parties hereby jointly move this Court to extend the time for Defendants/Counterclaim Plaintiffs Joel and Carol Hirsch to respond to the Motion to Dismiss the Counterclaim filed by Great Northern Insurance Co. on January 18, 2008, and for Plaintiff/Counterclaim Great Northern to reply to same. The parties request that Defendants/Counterclaim Plaintiffs Joel and Carol Hirsch be granted an extension of time up to and including February 13, 2008, to respond to the Motion, and that Plaintiff/Counterclaim Defendant Great Northern be granted an extension of time up to and including February 28, 2008, to reply to same. This is the parties' first request for an extension of time regarding this motion and the parties are in agreement as to the proposed dates.

2

Respectfully submitted:

___/s/ William B. Pollard, III___     1/25/08____
                              DATE
William B. Pollard, III
D.C. Bar No. 947275
David T. McTaggart (*pro hac vice*)
KORNSTEIN VEISZ WEXLER &
POLLARD, LLP
757 Third Avenue
New York, NY 10017
(212) 418-9600

Elizabeth Sarah Gere
D.C. Bar No. 186585
Karen Ventrell
D.C. Bar No. 466150
ROSS, DIXON & BELL, LLP
2001 K Street, NW
Washington, DC  20006
(202) 662-2000

*Attorneys for Plaintiff/Counterclaim Defendant*
 *Great Northern Insurance Co.*

___/s/ Lorelie S. Masters___   1/25/08____
                              DATE
Lorelie S. Masters
D.C. Bar No. 358686
Jessica Ring Amunson
D.C. Bar No. 497223
JENNER & BLOCK, LLP
601 13th Street, NW, Suite 1200
Washington, DC  20005
(202) 639-6000

*Attorneys for Defendants/Counterclaim*
*Plaintiffs Joel and Carol Hirsch*

**CERTIFICATE OF SERVICE**

    I hereby certify that, on this the 25th day of January, 2008, I caused the foregoing to be filed using the Court's Electronic Case Filing (ECF) system, which will automatically send notice of such filing to counsel of record in this case.

                                            /s/ Jessica Ring Amunson
                                            Jessica Ring Amunson
                                            D.C. Bar No. 497223
                                            JENNER & BLOCK, LLP
                                            601 13th Street, NW, Suite 1200 South
                                            Washington, DC  20005
                                            (202) 639-6000
                                            jamunson@jenner.com

                                            *Attorney for Defendants/Counterclaim Plaintiffs  Joel and Carol Hirsch*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREAT NORTHERN INSURANCE CO.,<br>　　　　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>JOEL HIRSCH and CAROL HIRSCH,<br>　　　　　　　　　　Defendants. | Case No. 1:07-cv-01804-EGS |

**[PROPOSED] ORDER**

The Joint Motion of the Parties Regarding Extension of Time to Respond to the Motion to Dismiss Counterclaim Filed By Great Northern Insurance Co. having come before the Court and the Court having considered same,

IT IS HEREBY ORDERED that the extension of time is GRANTED. Defendants/Counterclaim Plaintiffs Joel and Carol Hirsch shall file a response to the Motion to Dismiss on or before February 13, 2008. It is FURTHER ORDERED that Plaintiff/Counterclaim Defendant Great Northern shall file any reply to said response on or before February 28, 2008.

　　　　Entered this _____ day of _____, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Emmet G. Sullivan