REFERRAL TO MAGISTRATE JUDGE

CATEGORY: TYPE M

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | | | | |
|---|---|---|---|---|
| CASE NO:<br>07-1804 | DATE REFERRED:<br>4/24/08<br><br>DISPOSITION DATE: | PURPOSE:<br>SETTLEMENT | JUDGE:<br>EMMET G. SULLIVN | MAG. JUDGE<br>ALAN KAY |

| PLAINTIFF (S) :<br>GREAT NORTHERN INSURANCE COMPANY | DEFENDANT(S):<br>JOEL HIRSCH, ET AL |
|---|---|

| ENTRIES: |
|---|
| |