AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

GREAT NORTHERN INSURANCE
COMPANY )
        Plaintiff(s) )
         ) **APPEARANCE**
         )
         )
        vs. ) CASE NUMBER   1:07-cv-01804-EGS
JOEL HIRSCH and CAROL HIRSCH )
         )
        Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Carrie F. Apfel   as counsel in this
                                        (Attorney's Name)

case for:   Joel Hirsch and Carol Hirsch
                        (Name of party or parties)

May 28, 2008
Date

*(signature)*
Signature

974342
BAR IDENTIFICATION

Carrie F. Apfel
Print Name

1099 New York Avenue, N.W.
Address

Washington   DC   20001
City           State          Zip Code

(202) 639-6045
Phone Number