IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREAT NORTHERN INSURANCE CO., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOEL HIRSCH and CAROL HIRSCH, )<br>)<br>Defendants. )<br>) | Case No. 1:07-cv-01804-EGS |

### PRAECIPE (CHANGE OF ADDRESS)

This is to inform the Court and counsel in this action that the offices of Jenner & Block LLP, counsel for Defendant/Counter-Plaintiffs Joel Hirsch and Carol Hirsch ("Hirsches"), have moved and now are located at:

> Jenner & Block LLP
> 1099 New York Avenue, NW
> Suite 900
> Washington, DC  20001-4412

Telephone and fax numbers and email addresses remain the same.

Dated:  July 10, 2008

Respectfully submitted,

By: ___/s/ Lorelie S. Masters_____
Lorelie S. Masters (DC Bar No. 358686)
Carrie Apfel (DC Bar No. 974342)
JENNER & BLOCK, LLP
1099 New York Avenue, NW, Suite 900
Washington, DC  20001
Telephone:  (202) 639-6000
Facsimile:  (202) 639-6066
E-mails:  lmasters@jenner.com; capfel@jenner.com

*Attorneys for Defendants and Counterclaimants,
Joel and Carol Hirsch*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of July, 2008, I caused the foregoing Praecipe to be filed using the Court's Electronic Case Filing (ECF) system, which will automatically send notice of such filing to counsel of record in this case. I further certify that I caused a copy of the foregoing to be served via first class-mail, postage prepaid upon the following attorneys who might not otherwise receive ECF notification:

>William B. Pollard, III
>David McTaggart
>KORNSTEIN VEISZ WEXLER & POLLARD, LLP
>757 Third Avenue
>New York, NY  10017
>
>Karen Ventrell
>ROSS, DIXON & BELL, LLP
>2001 K Street, NW
>Washington, DC  20006

>*[signature]*
>Lorelie S. Masters (DC Bar No. 358686)
>Carrie Apfel (DC Bar No. 974342)
>JENNER & BLOCK, LLP
>1099 New York Avenue, NW, Suite 900
>Washington, DC  20001
>Telephone:  (202) 639-6000
>Facsimile:  (202) 639-6066
>E-mails:  lmasters@jenner.com; capfel@jenner.com
>
>*Attorneys for Defendants and Counterclaimants,*
>*Joel and Carol Hirsch*