IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREAT NORTHERN INSURANCE CO., <br> Plaintiff, <br><br> v. <br><br> JOEL HIRSCH and CAROL HIRSCH, <br> Defendants. | Case No. 1:07-cv-01804-EGS |

## DEFENDANTS/COUNTERCLAIM-PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND AND REPLY TO DISCOVERY DEMANDS FILED BY GREAT NORTHERN INSURANCE CO.

Defendants/Counter-Plaintiffs Joel and Carol Hirsch hereby move this Court to extend the time for Defendants/Counterclaim Plaintiffs to respond to the discovery demands filed by Great Northern Insurance Co. until September 5, 2008. Defendants/Counterclaim-Plaintiffs initially asked opposing counsel to agree to this extension, but Great Northern was only willing to provide Defendants/Counterclaim-Plaintiffs with an additional four days to respond to the discovery demands and to produce the requested documentation -- an insufficient amount of time for the reasons set forth herein, thus necessitating this motion.

At the April 24, 2008 Status Conference and in its corresponding Scheduling Order, this Court stayed discovery until June 25, 2008, "in order to facilitate a neutral case evaluation with the Circuit Executive's Mediation Program." Scheduling Order at 1.[1] Defendants/Counterclaim-Plaintiffs have been actively engaged in the early neutral evaluation ("ENE") process, which has continued well beyond the June 25, 2008 stay deadline. In order to avoid taking an adversarial

---

[1] Note that this was in effect an extension of the stay of discovery that this Court entered on March 7, 2008, shortly after Great Northern served these discovery demands.

posture during this process and, thus, to more effectively engage in this mediation process -- reasons recognized by this Court as sufficient to warrant a stay of all discovery -- Defendants/Counterclaim-Plaintiffs have been focusing on the ENE process rather than on the extensive discovery demands.[2]  Accordingly, the requested extension will provide Defendants/Counterclaim-Plaintiffs with the time necessary to properly respond to these discovery demands.  The discovery schedule that this Court established extends well into 2009; therefore, Defendants/Counterclaim-Plaintiffs believe that the requested extension of time will not seriously delay or otherwise thwart the course of discovery in these proceedings.

Defendants/Counterclaim-Plaintiffs additionally request this time to afford counsel sufficient time to meet with their clients to prepare and more fully respond to Great Northern's discovery demands.  Currently, conflicting business travel schedules are providing insufficient time between now and August 10th for counsel and clients to meet, gather information, and provide the thorough, thoughtful, and complete responses to discovery that we are legally obligated to provide.  An additional three weeks would provide ample opportunity to coordinate these schedules.

Thus, while Defendants/Counterclaim-Plaintiffs take very seriously this Court's Scheduling Order and its admonition that requests for extensions of time will not be viewed favorably, they believe that complete engagement in the neutral evaluation process provides good cause and reasonable justification for this request for an extension of time.  Defendants/Counterclaim-Plaintiffs believe that committing to this mediation process was both important and in this Court's interest, and its effectiveness would have been hindered had they been simultaneously addressing adversarial discovery demands.

---

[2] Great Northern served Defendants/Counterclaim-Plaintiffs with 77 requests for admission (accompanied by 27 exhibits), in addition to 14 multi-part interrogatories and 33 document demands.

2

Thus, for good cause shown, Defendants/Counterclaim-Plaintiffs respectfully request a three-week extension of time to fully comply with the discovery demands.

Respectfully submitted:

/s/ Lorelie S. Masters   7/30/08
DATE
Lorelie S. Masters
D.C. Bar No. 358686
Carrie F. Apfel
D.C. Bar No. 974342
JENNER & BLOCK, LLP
1099 New York Avenue, NW, Suite 900
Washington, DC  20001
(202) 639-6000

*Attorneys for Defendants/Counterclaim Plaintiffs Joel and Carol Hirsch*

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREAT NORTHERN INSURANCE CO., <br> Plaintiff, <br><br> v. <br><br> JOEL HIRSCH and CAROL HIRSCH, <br> Defendants. | Case No. 1:07-cv-01804-EGS |

### [PROPOSED] ORDER

Defendants/Counterclaim-Plaintiffs' Motion for Extension of Time to Respond and Reply to the Discovery Demands Filed By Great Northern Insurance Co. having come before the Court and the Court having considered same,

IT IS HEREBY ORDERED that the extension of time is GRANTED. Defendants/Counterclaim Plaintiffs Joel and Carol Hirsch shall respond to Great Northern's discovery demands by September 5, 2008.

Entered this _____ day of _____, 2008.

_____

The Honorable Emmet G. Sullivan

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this the 30th day of July, 2008, I caused the foregoing to be filed using the Court's Electronic Case Filing (ECF) system, which will automatically send notice of such filing to counsel of record in this case.

                                                /s/ Lorelie S. Masters
                                                Lorelie S. Masters
                                                D.C. Bar No. 358686
                                                JENNER & BLOCK, LLP
                                                1099 New York Avenue, NW, Suite 900
                                                Washington, DC  20001
                                                (202) 639-6000
                                                lmasters@jenner.com

                                                *Attorney for Defendants/Counterclaim*
                                                *Plaintiffs  Joel and Carol Hirsch*